262 So.2d 41

**STATE of Louisiana ex rel. Alex ASH**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52477.

May 23, 1972.

 the ruling of the trial court on the evidentiary hearing is correct.